### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**QUINCY JANET**                                                                    **PLAINTIFF**
**ADC # 092254**

**v.**                                          **Case No. 4:26-cv-00416-JM-JTK**

**G. MUSSELWHITE, et al.**                                                      **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 11th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE